# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSE PALAFOX,<br><br>      Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.<br><br>      Defendant. | Case No. 2:23-cv-03884-SVW-JPR<br><br>**ORDER OF DISMISSAL**<br><br>**Pre-Trial Conference**<br>NONE<br><br>**Jury Trial**<br>NONE |

The Court is in receipt of the parties Stipulation of Dismissal. Pursuant to FRCP Rule 41(a)(2). The Court orders the matter DISMISSED with Prejudice as the parties have requested in their Stipulation.

IT IS SO ORDERED.

Dated: December 6, 2024

_____
Hon. Judge Stephen V. Wilson